UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Jaime Castro, et al,                               :  Civil Action # 08-cv-7580 (LAP) (DCF)
                     Plaintiff     :
  vs.                                              :
                                       :
State of New York et al                     :
                     Defendant   :
---------------------------------------------------------------X

## DECLARATION OF SERVICE

Edward D. Fagan hereby declares and says:

1)    I am Plaintiffs counsel in the above referenced matter.

2)    I hereby certify that the below listed Defendants were personally served on August 27, 2008 at their regular places of business in New York as follows:

    a)  Defendant State of New York, personally served/accepted at Office of Attorney General, 120 Broadway, 24th Floor, NY, NY – See Exhibit 1 acknowledgment of service.

    b)  Defendant New York State Education Department, personally served/accepted at Office of Attorney General, 120 Broadway, 24th Floor, NY, NY – See Exhibit 1 acknowledgment of service.

    c)  Defendant City of New York, personally served/accepted at Office of Corporation Counsel, 100 Church Street, 4th Floor, NY, NY – See Exhibit 2 acknowledgment of service.

    d)  Defendant New York City Department of Education, personally served/accepted at Office of Corporation Counsel, 100 Church Street, 4th Floor, NY, NY – See Exhibit 2 acknowledgment of service.

3)    The foregoing statements by me are true and accurate to the best of my knowledge, information and belief.

Dated:    August 29, 2008

                                                            Edward D. Fagan

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Declaration of Service has been filed with the Clerk of the Court,

A hard copy has been provided to the Hon. Loretta A. Preska USDJ.

A copy has also been provided to served on Defendant at their below listed addresses:

    Defendants State of New York and New York State Education Department
    c/o Office of Attorney General, 120 Broadway, 24th Floor, NY, NY

    Defendants City of New York and New York Department of Education
    c/o Office of Corporation Counsel, 100 Church Street, 4th Floor, NY, NY

Dated:    August 29, 2008

                                                     Edward D. Fagan

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**Southern** District of **New York**

Jaime Castro, Roselyn Gisors,
Joann Hart, Eleanor Johnson,
Julianne Polito, Thomasina Robinson,
Paul Santucci; Jennifer Saunders,
Olga Batyreva

v.

State of New York, New York
State Education Department,
City of New York, New York
City Department of Education

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CV 7580**

**JUDGE PRESKA**

TO: (Name and address of Defendant)

State of New York                                          ) 120 Broadway
New York State Department of Education )  New York, NY

City of New York                                             ) 100 Church Street
New York City Department of Education  )  New York, NY

✱

ATTORNEY GENERAL
MANAGING ATTY'S OFFICE
RECEIVED
2008 AUG 27 PM 4:

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward D. Fagan
5 Penn Plaza, 23rd Floor
New York, NY 10001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

AUG 27 2008

✱ State Defendants Served - Exh. 1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Jaime Castro, Roselyn Gisors, Joann Hart, Eleanor Johnson, Julianne Polito, Thomasina Robinson, Paul Santucci, Jennifer Saunders, Olga Batyrova

v.

State of New York, New York State Education Department, City of New York, New York City Department of Education

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CV 7580**

JUDGE PRESKA

TO: (Name and address of Defendant)

State of New York
New York State Department of Education  ) 120 Broadway, New York, NY

City of New York
New York City Department of Education ) 100 Church Street, New York, NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward D. Fagan
5 Penn Plaza, 23rd Floor
New York, NY 10001

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

AUG 27 2008

*City Defendants Served - Exh. d